# Court of Appeals, State of Michigan

## ORDER

Mathew Dunaskiss v. Varadee Dunaskis

Docket No.    331303

LC No.        2015-145753-CK

Michael J. Talbot
Presiding Judge

Kirsten Frank Kelly

Stephen L. Borrello
Judges

---

The Court orders that the May 16, 2017 opinion is hereby AMENDED to correct a clerical error. The sentence "Defendant having prevailed in full may tax costs." is corrected to read "Plaintiff having prevailed in full may tax costs."

In all other respects, the May 16, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 18 2017
_____
Date

_____
Chief Clerk